**SUBT**
JANET C. PANCOAST, ESQ.
Nevada Bar No. 5090
CISNEROS CLAYSON & MARIAS
1140 N. Town Center Dr., Suite 200
Las Vegas, NV 89144
(702) 233-9660 (telephone)
(702) 233-9665 (facsimile)
Janet.pancoast@zurichna.com
Attorneys for Defendant
Henderson Hyundai Superstore, Inc.

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LA SHARON ADKINS; | ) |
| | ) CASE NO.: 2:12-cv-01612-GMN-GWF |
| Plaintiff, | ) |
| | ) |
| vs. | ) DEFENDANT HENDERSON HYUNDAI |
| | ) SUPERSTORE, INC.'S |
| HYUNDAI MOTOR AMERICA; | ) SUBSTIUTION OF COUNSEL |
| HENDERSON HYUNDAI SUPERSTORE, | ) |
| INC., and ADVANSTAFF, INC. | ) |
| | ) |
| Defendant. | ) |

TO:   ALL INTERESTED PARTIES; and

TO:   ALL COUNSEL OF RECORD.

PLEASE TAKE NOTICE that Defendant Henderson Hyundai Superstore, Inc. hereby substitutes the law offices of CISNEROS CLAYSON & MARIAS as its attorneys of record in place and instead of the law firm of FISHER & PHILLIPS LLP.

Dated this 18th day of October, 2012.

By: _____
On Behalf of Defendant Henderson Hyundai Superstore, Inc.

1

The law firm of FISHER & PHILLIPS LLP hereby agrees and consents to the substitution of the law offices of CISNEROS CLAYSON & MARIAS as the attorneys of record for Defendant Henderson Hyundai Superstore, Inc.

DATED this 15th day of October, 2012.

FISHER & PHILLIPS LLP

*[signature]*
ANTHONY B. GOLDEN, ESQ.
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

The law firm of CISNEROS, CLAYSON & MARIAS hereby agrees and consents to appear as the attorneys of record for Defendant Henderson Hyundai Superstore, Inc., in the place of FISHER & PHILLIPS LLP.

DATED this 18th day of October, 2012.

CISNEROS CLAYSON & MARIAS

*[signature]*
JANET C. PANCOAST, ESQ.
1140 N. Town Center Dr., Suite 200
Las Vegas, NV 89144
Attorneys for Defendant
Henderson Hyundai Superstore, Inc.

**IT IS SO ORDERED.**

*[signature]*
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:   October 19, 2012**

2

**DEFENDANT HENDERSON HYUNDAI SUPERSTORE, INC.'S ANSWER TO COMPLAINT**

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that on the 18th day of October, 2012, the undersigned, an employee of CISNEROS CLAYSON & MARIAS, electronically filed the foregoing **Defendant Henderson Hyundai Superstore, Inc.'s Substitution of Counsel** with the U.S. District Court, and a copy was electronically transmitted from the court to the e-mail address on file for:

_/s/ Colette Weston_
An Employee of CISNEROS CLAYSON & MARIAS

9