**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LA SHARON ADKINS, | ) |
| Plaintiff, | ) Case No. 2:12-cv-01612-GMN-GWF |
| vs. | ) **ORDER** |
| HYUNDAI MOTOR AMERICA; *et al.*, | ) Motion for Sanctions (#54) |
| Defendants. | ) |

This matter comes before the Court on Plaintiff's Motion for Sanctions (#54), filed on April 30, 2013. Defendant Henderson Hyundai filed an Opposition (#72) on May 10, 2013. Defendant Advanstaff filed an Opposition (#73) on May 14, 2013. Plaintiff filed a Reply (#76) on May 24, 2013, and a Supplement (#77) to its Reply on June 3, 2013. The Court conducted a hearing on the Motion (#54) on June 13, 2013. *See Minutes of Proceedings, Doc. #79*. For the reasons stated on the record at the hearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Sanctions Against Defendants for Spoliation of Evidence (#54) is **granted** in part and **denied** in part as follows:

(1) Michael Balsamo shall be precluded from testifying regarding his examination of the subject hard drive;

(2) Counsel for Plaintiff shall, no later than **14 days** from entry of this Order, serve and file a memorandum, supported by the affidavit of counsel, establishing the amount of attorneys' fees and costs incurred in bringing the instant Motion (#54). The memorandum shall provide a reasonable itemization and description of the work performed, identify the attorney(s) or other staff member(s) performing the work,

the customary fee of the attorney(s) or staff member(s) for such work, and the experience, reputation and ability of the attorney performing the work. The attorney's affidavit shall authenticate the information contained in the memorandum, provide a statement that the bill has been reviewed and edited, and a statement that the fees and costs charged are reasonable;

(3) Counsel for Defendant Henderson Hyundai shall have **14 days** from service of the memorandum of costs and attorneys' fees in which to file a responsive memorandum addressing the reasonableness of the costs and fees sought, and any equitable considerations deemed appropriate for the Court to consider in determining the amount of costs and fees which should be awarded;

(4) Counsel for Plaintiff shall have **7 days** from service of the responsive memorandum in which to file a reply.

DATED this 19th day of June, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge