STP
JANET C. PANCOAST, ESQ.
Nevada Bar No. 5090
CISNEROS & MARIAS
1140 N. Town Center Dr., Suite 200
Las Vegas, NV 89144
(702) 233-9660 (telephone)
(702) 233-9665 (facsimile)
E-filing: usz.lvccdc.e-filings@zurichna.com
Direct: janet.pancoast@zurichna.com
Attorneys for Defendant
Henderson Hyundai Superstore, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LA SHARON ADKINS;<br><br>          Plaintiff,<br><br>vs.<br><br>HENDERSON HYUNDAI SUPERSTORE,<br>INC., and ADVANSTAFF, INC.<br><br>          Defendant. | **CASE NO.: 2:12-cv-01612-JAD-GWF**<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL** |

### STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff La Sharon Adkins by and through her counsel of record, Lawrence W. Freiman, Esq. of Freiman Law, PLLC; AdvanStaff, Inc. by and through its counsel of record Peter B. Mortenson, Esq. of Mortenson & Rafie and Henderson Hyundai Superstore, Inc. by and through its counsel of record, Janet C. Pancoast of Cisneros & Marias, that the Complaint filed by La Sharon Adkins and each and every cause of action alleged therein be dismissed with prejudice.

1

2          Each party shall bear their own fees and costs.

3    DATED this 22nd day of November, 2013.        DATED this 22nd day of November, 2013.

4    FREIMAN LAW, PLLC                             MORTENSON & RAFIE

5

6    /s/ Lawrence W. Freiman                       /s/ Peter B. Mortenson

7    _____                   _____

8    Lawrence W. Freiman, Esq.                     Peter B. Mortenson, Esq.
     10161 Park Run Drive, Suite 150               10781 W. Twain Avenue
9    Las Vegas, NV 89145                           Las Vegas, NV 89135
     Attorneys for Plaintiff                       Attorneys for Defendant AdvanStaff

10   Michael J. Freiman, Esq.                      DATED this 22nd day of November, 2013.
     Admitted Pro Hac Vice
11   1450 2nd Street, Suite 214                    CISNEROS & MARIAS
     Santa Monica, CA 90401
12   Attorneys for Plaintiff

13                                                 /s/ Janet C. Pancoast

14                                                 _____

15                                                 Janet C. Pancoast, Esq.
                                                   1140 Town Center Drive, Suite 200
16                                                 Las Vegas, Nevada 89144
                                                   Attorneys for Defendant
17                                                 Henderson Hyundai Superstore, Inc.

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2

Based on the Stipulation of the parties, the Court having reviewed all pleadings and papers

3

on file herein and good cause appearing,

4

IT IS HEREBY ORDERED that Complaint filed by Plaintiff be dismissed with prejudice,

5

each party to bear their own attorney's fees and costs herein.

6

DATED this 25th day of November, 2013.

7

8

9

_____

UNITED STATES DISTRICT JUDGE

10

Submitted by:

11

CISNEROS & MARIAS

12

/s/ Janet C. Pancoast

13

By: _____

14

JANET C. PANCOAST, ESQ.
1140 N. Town Center Drive, Suite 200
Las Vegas, NV  89144

15

Attorney for Defendants
Henderson Hyundai Superstore, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28