1  STP
JANET C. PANCOAST, ESQ.
2  Nevada Bar No. 5090
CISNEROS & MARIAS
3  1140 N. Town Center Dr., Suite 200
Las Vegas, NV 89144
4  (702) 233-9660 (telephone)
(702) 233-9665 (facsimile)
5  E-filing: usz.lvccdc.e-filings@zurichna.com
Direct: janet.pancoast@zurichna.com
6  Attorneys for Defendant
Henderson Hyundai Superstore, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LA SHARON ADKINS; | CASE NO.: 2:12-cv-01612-JAD-GWF |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR DISMISSAL |
| HENDERSON HYUNDAI SUPERSTORE, INC., and ADVANSTAFF, INC. | |
| Defendant. | |

**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff La Sharon Adkins by and through her counsel of record, Lawrence W. Freiman, Esq. of Freiman Law, PLLC; AdvanStaff, Inc. by and through its counsel of record Peter B. Mortenson, Esq. of Mortenson & Rafie and Henderson Hyundai Superstore, Inc. by and through its counsel of record, Janet C. Pancoast of Cisneros & Marias, that the Complaint filed by La Sharon Adkins and each and every cause of action alleged therein be dismissed with prejudice.

1

Each party shall bear their own fees and costs.

DATED this 22nd day of November, 2013.   DATED this 22nd day of November, 2013.

FREIMAN LAW, PLLC   MORTENSON & RAFIE

/s/ Lawrence W. Freiman   /s/ Peter B. Mortenson

Lawrence W. Freiman, Esq.   Peter B. Mortenson, Esq.
10161 Park Run Drive, Suite 150   10781 W. Twain Avenue
Las Vegas, NV 89145   Las Vegas, NV 89135
Attorneys for Plaintiff   Attorneys for Defendant AdvanStaff

Michael J. Freiman, Esq.   DATED this 22nd day of November, 2013.
Admitted Pro Hac Vice
1450 2nd Street, Suite 214   CISNEROS & MARIAS
Santa Monica, CA 90401
Attorneys for Plaintiff

/s/ Janet C. Pancoast

Janet C. Pancoast, Esq.
1140 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Attorneys for Defendant
Henderson Hyundai Superstore, Inc.

2

## ORDER

Based on the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing,

IT IS HEREBY ORDERED that Complaint filed by Plaintiff be dismissed with prejudice, each party to bear their own attorney's fees and costs herein.

DATED this 25th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

CISNEROS & MARIAS

By: /s/ Janet C. Pancoast
_____
JANET C. PANCOAST, ESQ.
1140 N. Town Center Drive, Suite 200
Las Vegas, NV 89144
Attorney for Defendants
Henderson Hyundai Superstore, Inc.